UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff(s),        )      No. 3-08-70765 BZ
                               )
     v.                        )
                               )      **DETENTION ORDER**
GARY HARDEMAN,                 )
                               )
          Defendant(s).        )
_____)

     On November 10, 2008 I heard the government's motion to
detain Mr. Hardeman.  Assistant United States Attorney Denise
Barton appeared for the government.  The defendant was present
with his counsel, Daniel Blank.

     Having considered the parties' proffers, and the pretrial
services report, I find that the government has met its burden
of showing by a preponderance of the evidence that the
defendant presents a risk of flight and by clear and
convincing evidence that the defendant presents a danger to
the community.  I also find that defendant has proposed
conditions of release which might reasonably assure that he
would make his appearances but that there are not conditions

1    of release that would reasonably assure the safety of the

2    community.  Some of the factors which I considered in reaching

3    this decision follow:

4        1.  The defendant is charged in a criminal complaint with

5    a violation of Title 21, U.S.C. Section 2250(a) - Failing to

6    Register as a Sex Offender.  If convicted, the defendant faces

7    up to 10 years in prison.  This provides him with some

8    incentive to flee.

9        2.  Defendant has the ability to flee.  Defendant has an

10   adult daughter living in Mexico and regularly travels to

11   Mexico to visit her.  His last trip to Mexico, in November of

12   2007, lasted approximately 4 months.

13       3.  Defendant has ties to the community.  Defendant has

14   lived with his parents at his current residence for 20 years.

15   His brother and adopted sister reside in the Bay Area.  His

16   parents and brother were present in court to support him.

17   Defendant proffered that his parents were prepared to co-sign

18   a release bond as a surety.  However, defendant has been

19   unemployed for 2 years and is currently supported by his

20   parents.  This raises questions about how he has been able to

21   finance his past trips to Mexico.

22       4.  The government proffered that defendant has a history

23   of having or seeking sexual contact with young girls, often of

24   Hispanic background.  Defendant has two convictions, in 1980

25   and 1986, for such behavior, which gave rise to the

26   requirement that he register as a sex offender.  The

27   government proffered that while on probation from the second

28   of these convictions, he was charged with a probation

1   violation for again engaging in such conduct.  The government

2   also proffered a recent incident in Mexico City in which the

3   defendant is accused of having a 13 year old girl in his hotel

4   room overnight and of soliciting sex from her.  The government

5   also proffered that a search of his camera disclosed pictures

6   of young Hispanic females in suggestive poses.  I therefore

7   conclude that he presents a danger to the community if

8   released.

9       5. If risk of flight were the only concern I had, there

10  may be conditions of release, such as the posting of the

11  family home and electronic monitoring, that could reasonably

12  assure his appearance at trial.  However, none of the proposed

13  conditions, nor any I have been able to conceive, would

14  adequately assure the safety of the community.  To start with,

15  I am unwilling to release defendant to live in his parents'

16  home, which is within 200 feet of a school, an apparent

17  violation of California law.  Nor am I satisfied that

18  defendant is amenable to supervision.  He did not register as

19  a sex offender when he was notified of his need to do so by

20  law enforcement last fall.  The government also proffered that

21  a representative of a high school in defendant's neighborhood

22  has reported that defendant has been seen on school grounds,

23  which would also appear to violate state law.  And as noted

24  above, he has previously violated his probation.

25      Based on the foregoing, the government's motion to detain

26  is **GRANTED.  IT IS HEREBY ORDERED** that:

27          (1) The defendant be, and hereby is, committed to

28  the custody of the Attorney General for confinement in a

3

1   corrections facility separate, to the extent practicable, from
2   persons awaiting or serving sentences or being held in custody
3   pending appeal;
4            (2) The defendant be afforded reasonable opportunity
5   for private consultation with his counsel; and
6            (3) On order of a court of the United States or on
7   request of an attorney for the government, the person in
8   charge of the corrections facility in which the defendant is
9   confined shall deliver the defendant to an authorized Deputy
10  United States Marshal for the purpose of any appearance in
11  connection with a court proceeding.
12  Dated: November 10, 2008
13
                                    Bernard Zimmerman
14                         United States Magistrate Judge
15
16
17
18  G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2008\HARDEMAN DETENTION ORDER.FINAL
    VERSION.wpd
19
20
21
22
23
24
25
26
27
28

4